FORM NO. 2

# United States Bankruptcy Court
## Western District of Tennessee

11-10331

In re **Walter James Morgan, Jr.**
**Angela Marie Morgan**
Debtor(s)

Case No.
Chapter **13**

## CHAPTER 13 PLAN
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

| | | |
|---|---|---|
| DEBTOR(S): | (H) **Walter James Morgan, Jr.** | S.S.# **xxx-xx-0103** |
| | (W) **Angela Marie Morgan** | S.S.# **xxx-xx-8754** |
| ADDRESS: | **551 Parker Circle** | |
| | **Wildersville, TN 38388** | |
| PLAN PAYMENT: | Debtor(s) to pay $ **192.00** | (weekly, every two weeks, semi-monthly, monthly) |
| PAYROLL DEDUCTION: | **YES (Debtor 2)** OR ( ) DIRECT PAY | |
| | BECAUSE: | |
| | FIRST PAYMENT DATE: **March 4, 2011** | |
| PLACE OF EMPLOYMENT: | **Manpower** | Spouse's Employer: **MIG** |
| ADMINISTRATIVE: | Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order. | |

MONTHLY PLAN PMT.

| | | |
|---|---|---|
| AUTO INSURANCE: | ( ) Not included in Plan  ( ) Included in Plan | $ **-NONE-** |
| CHILD SUPPORT: | Future support through Plan to **Carolyn Jones (mother)** | $ **DDA** |
| | Child support arrearage amount **None** | $ |
| PRIORITY CREDITORS: | | $ |

| | | |
|---|---|---|
| HOME MORTGAGE: | If no arrearage, ongoing payments are to be paid directly by the debtor(s). | |
| **Wells Fargo Home Mortgage** | Ongoing pmt. Begin **May 1, 2011** | $ **622.00** |
| | Approx. arrearage **5,000.00**    Interest **0.00** % | $ **100.00** |

SECURED CREDITORS;
(retain lien 11 U.S.C. Sec. 1325{a}{5})

| | VALUE COLLATERAL | RATE OF INTEREST | MONTHLY PLAN PMT. |
|---|---|---|---|
| **Security Finance** | $ **700.00** | **6.00** % | $ **25.00** |

UNSECURED CREDITORS:  Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts.  General unsecured creditors will receive a percentage to be determined by the Trustee;

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: **$46,746.00**

TERMINATION:   Plan shall terminate upon payment of the above, approximately **60** months.

OTHER PROVISIONS:
**Special Intentions:
Wells Fargo Auto Finance: Debtor is surrendering the Property to Creditor in full satisfaction of the secured claim. Creditor shall be allowed an unsecured claim for the deficiency balance owed.**

**Rejected Leases
-NONE-**:
**Assumed Leases
-NONE-**:

DEBTOR'S ATTORNEY:
**RICHARD H. WALKER 014166
WALKER LAW OFFICE
P.O. BOX 530
80 SOUTH MAIN STREET, SUITE A
LEXINGTON, TN 38351
731-968-3356 Fax:731-968-3350**